# Court of Appeals
# of the State of Georgia

ATLANTA,__October 12, 2016_____

*The Court of Appeals hereby passes the following order:*

**A17A0374. ANGELO BENJAMIN v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR et al.**

In this direct appeal, Angelo Benjamin seeks review of the superior court's order affirming a decision of the Georgia Department of Labor, which denied Benjamin's claim for unemployment benefits. We lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), appeals from orders of superior courts reviewing decisions of state administrative agencies must be initiated by filing an application for discretionary review. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Benjamin's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____10/12/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*